BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant HERRERA-JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0025 MMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| NAHUN HERRERA-JIMENEZ, ) | |
| ) | |
| Defendant. ) | |

At the arraignment on the above-captioned case, the Magistrate Court scheduled the initial status conference before this Court for Friday, January 16, 2009 at 2:00 pm. Defense counsel, however, is not available on that date. The Magistrate Court advised the parties to nonetheless set it for that date because it was the next available date for this Court and then request a continuance. Therefore, the parties jointly request that the initial status conference in this case be continued to January 23, 2009 at 2:00 pm.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from January 9, 2009 through January 23, 2009 for effective preparation and continuity of counsel. The parties agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

CR-09-0025 MMC;
STIP & [PROPOSED] ORD. TO CONTINUE
STATUS CONFERENCE                                   1

**SPEEDY TRIAL ACT IMPLICATIONS**

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence. Taking the stipulated time exclusion from January 9, 2009 through January 23, 2009 into account, the "speedy trial" date for this matter is April 3, 2009.

IT IS SO STIPULATED.


January 13, 2009                         /s/
DATED                                    MATTHEW L. McCARTHY
                                         Assistant United States Attorney


January 13, 2009                         /s/
DATED                                    JODI LINKER
                                         Assistant Federal Public Defender


IT IS SO ORDERED.


 January 14, 2009                        _____
DATED                                    MAXINE M. CHESNEY
                                         United States District Judge